# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: 23-1280/23-1323/23-1324     Case Manager: Michelle R. Lambert

Case Name: Energy Michigan, Inc. et al v. Michigan Public Service Commission, et al.

Is this case a cross appeal?  ☑ Yes   ☐ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
   Case Name: _____     Citation: _____
   Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

Plaintiffs ABATE and Energy Michigan appeal the denial of summary disposition via an opinion dated February 23, 2022, and the Court's final opinion and order following trial dated February 24, 2023, granting judgment in favor of Defendants Scripps, Phillips, and Peretick (the Michigan Public Service Commission Defendants) and Intervening Defendant Consumers Energy.

Plaintiffs' appeal will include the following issues:

1) Whether the trial court erred in holding that the MPSC's Individual Local Clearing Requirement does not unlawfully discriminate against interstate commerce on its face, in its purpose, or in its effects?

2) Whether the trial court erred in holding that the MPSC's justification of its Individual Local Clearing Requirement satisfied strict scrutiny?

3) In the alternative, whether the trial court erred in holding that the MPSC's Individual Local Clearing Requirement does not violate the Pike balancing test applicable to non-discriminatory regulations?

This is to certify that a copy of this statement was served on opposing counsel of record this  10th  day of _____, April , 2023  .

Zachary C. Larsen
Name of Counsel for Appellant